# EXHIBIT 1

| | | | |
|---|---|---|---|
| Vacant Land<br>991696 Active | | 51 N Spanish Bay Drive<br>Mohave Valley, Arizona 86440 | L $46,500 |

| | | | |
|---|---|---|---|
| | Tot # Lots: | | Lot Type: Single Family |
| | Apx Lot Dim: 101X60 | | Cross St: Agusta |
| | Lot SqFt: 6,098 | | County: Mohave |
| | Electric: Yes | | Area: 26-Mohave Valley |
| | Gas: | | Sub/Com: El Rio Country Club |
| | Phone: | | Exposure: W |
| | Apx Acres: 0.00 | | |
| | Zoning: R1 Single-Family Residential | | |

## FEATURES

Lot Desc: Level to Street
Comm Amen: Gated
Water/Swr: Sewer-City, Sewer-To Prop Line, Water-Rural Co., Water-To Prop Line
View: Mountains
Road Access: Maintained-Private
Terms: 1031 Exchange, Cash

Utilities: 110 Volt, 220 Volt
Fencing: None
Restrictions: CCR

Public Rmks: Ready to build your dream home? This El Rio golf course lot faces West/East. El Rio golf community is the place to be if you like golf, water play at the river, Off Road adventures and Casino amenities. The lot is level and has views of Mountains.
Directions: Hwy 95 to El Rio Main Entrance Left on Cypress Point Left on Spanish Bay drive N Lot is third from corner

| | | | |
|---|---|---|---|
| Taxes: $152.00 | Tax Year: 2021 | Parcel ID: 225-66-063 | |
| Trc/Blk/Lot: 4177/N/A/63 | Assmnt Type: | Map Coord: | |
| HOA/Dues: $180 | HOA Paid: Qtr | CDOM: 0 | |
| Assmnts: No | Flood Plain: No | Twp/Rng/Sec: 18N/22W/11 | |
| HOA Mgmt: D&E Management | | | |



Prepared By: Don DeGraffenreid
All Arizona River Realty LLC
967 Hancock Suite 145
Bullhead City, AZ 86442

don@degraffenreid.net
Direct Ph#: 928-234-0662
Office: 928-763-3500



Information herein deemed reliable but not guaranteed --- Copyright 2022 04/18/2022 5:17 PM