GARY M. RESTAINO
United States Attorney
District of Arizona
VINCENT M. CRETA
Assistant U.S. Attorney
Arizona State Bar No. 019044
Financial Litigation Program
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004-4449
Telephone:  (602) 514-7500
Vincent.Creta@usdoj.gov
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         vs.<br><br>John Keith Hoover, et al,<br><br>                    Defendant. | CR 14-00554-PHX-SRB<br><br>**MOTION FOR FINAL APPROVAL TO DISBURSE PROCEEDS FROM SALE OF PARCEL 225-66-063** |

The United States of America, by and through its undersigned attorneys, hereby requests the Court give final approval regarding the sale of tax parcel number 225-66-063. The government previously requested permission to allow this parcel's sale through the receivership, which was granted on June 10, 2022 ("Order").  (Doc. 434).

The undersigned sent the Order to the Receiver, Don DeGraffenreid, on June 13, 2022, with specific emphasis that it required the sales proceeds to remain in escrow pending further court order.  The Receiver requested that the undersigned send a certified copy of the Order to the title company with whom he was working for this sale.  The undersigned's office sent the requested certified copy to the title company on June 23. 2022.

On July 7, 2022, through verbal follow up with the title company, the undersigned learned that the property sold on July 1, and contacted the Receiver for confirmation and a copy of a settlement statement. The Receiver confirmed the sale on the same day and provided the Final Master Statement, attached as Exhibit 1. On July 11, while attending a status conference in the Mohave County Superior Court tax lien foreclosure matter referred to in the government's motion to approve the sale, the undersigned learned that counsel for the Plaintiff in that case, Dev-Tron, LLC, received disbursements to pay off the tax lien and the associated attorneys' fees. Those items are listed on Exhibit 1 under Miscellaneous Charges as $5076.21 (taxes) and $7433.84 (fees). The undersigned pointed out that funds should have been held in escrow. Dev-Tron's counsel has agreed to hold those sums, in trust as necessary, until this Court gives final approval. In addition, the Clerk of Court, which has received $7203.17 to be applied toward restitution, has agreed to hold those funds until this Court gives final approval.

According to the title company, Chicago Title Agency, the sales proceeds were not held in escrow as directed due to a mistake. They have acknowledged as follows: "I reviewed the Order and it clearly states on the second paragraph that proceeds from sale shall be held in escrow until further order from Court, I can honestly say it definitely was an oversight."

The United States requests final approval from the Court to disburse the proceeds from the sale of tax parcel number 225-66-063, known as 51 Spanish Bay Drive North, Mohave Valley, AZ 86440. The Final Master Statement scheduled disbursements will pay off the tax lien and the associated attorneys' fees in full as well as other charges, with a remainder of $7203.17 as payment toward restitution.

RESPECTFULLY SUBMITTED: July 13, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Vincent M. Creta*
VINCENT M. CRETA
Assistant U.S. Attorney

1 | Mr. John K. Hoover
2 | Garden Grove, CA 92841
3 |
4 | Don DeGraffenreid, Receiver
　 | All Arizona River Realty, LLC
　 | 967 Hancock Suite 145
5 | Bullhead City, AZ 86442
6 |
　 | s/   *Amy Phillips-Penquite*
7 |