# EXHIBIT 1

# Chicago Title Agency, Inc., an AZ corporation

3640 Highway 95, Suite 150, Bullhead City, AZ 86442
Phone: (928)763-6300 | Fax: (928)763-4434

## FINAL MASTER STATEMENT

**Settlement Date:** July 1, 2022  
**Disbursement Date:** July 1, 2022  

**Escrow Number:** CTM22068302  
**Escrow Officer:** Kris Nicander  
**Email:** Kris.Nicander@CTT.com

**Buyer:** Maas Construction, Inc.
5826 South Highway 95, Suite 1
Fort Mohave, AZ 86426

**Seller:** El Rio Holdings, LLC
967 Hancock Road, #145
Bullhead City, AZ 86442

**Property:** 51 Spanish Bay Drive North
Mohave Valley, AZ 86440
Lot(s): 63 ; Subdivision: EL RIO COUNTRY CLUB TRACT 4177 A ; APN/Parcel ID(s): 225-66-063

| SELLER $ DEBITS | SELLER $ CREDITS | | BUYER $ DEBITS | BUYER $ CREDITS |
|---|---|---|---|---|
| | | **FINANCIAL CONSIDERATION** | | |
| | 35,000.00 | Sale Price of Property | 35,000.00 | |
| | | Earnest Deposit | | 1,000.00 |
| | | Buyer's Closing Funds | | 34,500.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| 75.18 | | County Taxes at $152.02  01/01/22 to 07/01/22 | | 75.18 |
| | | **COMMISSIONS** | | |
| 7,000.00 | | Commission - Listing Agent to All Arizona River Realty, LLC  $35,000.00 @ 20.0000% = $7,000.00  Percentage | | |
| | | **TITLE & ESCROW CHARGES** | | |
| 221.50 | | Title - Escrow Fee to Chicago Title Agency, Inc., an AZ corporation | 221.50 | |
| 50.00 | | Title - Recording Fees - Filing Service Fees to Chicago Title Agency, Inc., an AZ corporation | 50.00 | |
| 399.00 | | Title - Owner's Title Insurance to Chicago Title Agency, Inc., an AZ corporation | | |
| | | Policies to be issued:  Owners Policy  Coverage: $35,000.00  Version: ALTA Standard Owner's Policy 2006 | | |
| | | **HOA CHARGES** | | |
| 7,376.51 | | HOA - Current Balance to El Rio County Club Homeowners Association  Note to HOA: SELLER PAID | 0.00 | |
| 0.00 | | HOA - New Owner Capital Contribution/Owner Capital Contribution to El Rio County Club Homeowners Association | 0.00 | |
| | | HOA - Prepaid 3rd Quarter Dues to El Rio County Club Homeowners Association  Note to HOA: BUYER PAID | 180.00 | |

| SELLER | | | | BUYER | |
| --- | --- | --- | --- | --- | --- |
| $ DEBITS | $ CREDITS | | | $ DEBITS | $ CREDITS |
| | | **HOA CHARGES** | | 0.00 | |
| | | HOA - Transfer Fee to El Rio County Club Homeowners Association | | | |
| | | **MISCELLANEOUS CHARGES** | | | |
| 5,076.21 | | Property Taxes - Lien: 20100004970 (2010-2020) to Mohave County Treasurer<br>R0103703 | | | |
| 164.59 | | Property Taxes - Full Year 2021 + Interest to Mohave County Treasurer<br>R0103703 | | | |
| 7,203.17 | | 100% Seller Closing Proceeds to United States District Court- District of Arizona | | | |
| 7,433.84 | | Attorney Fees & Release of Lis Pendens to Radix Law IOLTA | | | |
| 35,000.00 | 35,000.00 | **Subtotals** | | 35,451.50 | 35,575.18 |
| | | **Balance Due TO Buyer** | | 123.68 | |
| 35,000.00 | 35,000.00 | **TOTALS** | | 35,575.18 | 35,575.18 |