IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>John Keith Hoover,<br><br>        Defendant. | No. CR-14-00554-001-PHX-SRB<br><br>**ORDER** |

The Court has considered the United States' Motion for Final Approval to Disburse Proceeds from Sale of Parcel 225-66-063 (Doc. 435), the Application for Approval of Attorney Fees and Costs by Dev-Tron LLC (Doc. 438), the Government's Response to the Court's Order dated July 15, 2022 (Doc. 440) and Dev-Tron's Reply in Support of Application for Approval of Attorney Fees and Costs (Doc. 441).

IT IS ORDERED granting United States' Motion for Final Approval to Disburse Proceeds from Sale of Parcel 225-66-063 (Doc. 435) and the Application for Approval of Attorney Fees and Costs by Dev-Tron LLC (Doc. 438).

IT IS FURTHER ORDERED authorizing the disbursement of the proceeds from the sale of tax parcel #225-66-063 Mohave City, Arizona as set out in the Final Master Statement attached as Exhibit 1 to the Motion for Final Approval.

Dated this 5th day of August, 2022.

_____
Susan R. Bolton
United States District Judge